McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
ASIM H. MODI
Special Assistant United States Attorney
    Social Security Administration
    200 West Adams Street, 30th Floor
    Chicago, Illinois 60606
    Telephone: (877) 800-7578 x 19117
    Email: Asim.Modi@ssa.gov
Attorneys for Defendant

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
## FRESNO DIVISION

| | |
|---|---|
| ANABEL DURAN DE LEON,<br><br>    Plaintiff,<br><br>vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No. 1:19-cv-01687-GSA<br><br>**MOTION AND ORDER WAIVING REQUIREMENT FOR DEFENDANT TO DELIVER PAPER COPY OF ADMINISTRATIVE RECORD TO COURT** |

    Defendant moves for waiver of the Court's requirement to produce a hard copy of the certified administrative record. The Court's Scheduling Order requires Defendant to file a hard copy of the certified administrative record with the Court (Dkt. 5). Due to the COVID-19 health emergency, Defendant is presently unable to produce a hard copy of the record to comply with the Scheduling Order. Thus, Defendant respectfully requests the Court to excuse Defendant from this requirement.

///

///

                                              Respectfully submitted,

Date: <u>*May 13, 2020*</u>                    McGREGOR W. SCOTT
                                          United States Attorney
                                          DEBORAH LEE STACHEL
                                          Regional Chief Counsel, Region IX
                                          Social Security Administration

                          By:     <u>*/s/ Asim H. Modi*</u>
                                          ASIM H. MODI
                                          Special Assistant United States Attorney
                                          Attorneys for Defendant

IT IS SO ORDERED.

   Dated:  <u>**May 13, 2020**</u>               <u>**/s/ Gary S. Austin**</u>
                                              UNITED STATES MAGISTRATE JUDGE