JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA 93721
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

ANABEL DELEON,                                    )    Case No. 1:19-cv-01687-GSA
                                                  )
                    Plaintiff,                    )    STIPULATION AND ORDER FOR
                                                  )    SECOND EXTENSION OF TIME
          vs.                                     )
                                                  )
ANDREW SAUL,                                      )
Commissioner of Social Security,                  )
                                                  )
                    Defendant.                    )
                                                  )

        IT IS HEREBY STIPULATED, by and between the parties through their respective

counsel of record, with the Court's approval, that Plaintiff shall have a 30-day extension of time,

from 6/8/2020 to 7/8/2020, for Plaintiff to serve on defendant with Plaintiff's Confidential Letter

Brief. All other dates in the Scheduling Order shall be extended accordingly.

        This is Plaintiff's second request for an extension of time. Good cause exists for this

request. The week of 05/24/2020, Plaintiff's Counsel had 14 administrative hearings, 1 reply brief,

1 merits brief and 2 opening briefs due. The week of 05/31/2020, Plaintiff's Counsel had 23

administrative hearings, 1 hearing preparation appointments with claimant, 1 reply brief, 1 motion

for summary judgement and 4 opening briefs.    The week of 6/1/2020, Counsel has 21

administrative hearings. Each of the administrative hearings also requires administrative hearing

briefs with a full summary of the medical records and legal arguments.

Additionally, due to the ongoing pandemic with COVID-19 and the various executive orders throughout Fresno County and now the State of California, along with the recommendations for Social Distancing, Plaintiff's Counsel is operating with very limited staff.   The Office of Hearings Operations is still conducting telephonic hearings.  As it is required to continue the normal day-to-day tasks involved in developing cases and the requirements of the five-day rule related to submission of evidence to the Administrative Law Judge which is imposed under 20 CFR § 404.935, Counsel must still continue normal operations but with a significantly reduced level of support.

Defendant does not oppose the requested extension.  Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

Respectfully submitted,

Dated: June 8, 2020                    PENA & BROMBERG, ATTORNEYS AT LAW

By: */s/ Jonathan Omar Pena*
JONATHAN OMAR PENA
Attorneys for Plaintiff


Dated: June 8, 2020                    MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By:   **/s/ Donna Wade Anderson*
Donna Wade Anderson
Special Assistant United States Attorney
Attorneys for Defendant
(*As authorized by email on June 8, 2020)


IT IS SO ORDERED.

Dated:   **June 9, 2020**                    **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE